**NOT FOR PUBLICATION**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INN WORLDWIDE, INC. | |
| Plaintiff, | Civil Action No. 07-3768 (SDW) |
| v. | |
| SANTOSH, INC. et al., | **ORDER** |
| Defendants. | July 8, 2008 |

### ORDER ADOPTING THE REPORT AND RECOMMENDATION
### OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Madeline C. Arleo, filed June 25, 2008. The Court having received no objections to the Report and Recommendation; and the Court having reviewed the Report and Recommendation, as well as the other documents on file on this matter; and for good cause shown;

It is on this 8th day of July 2008, **ORDERED** that the Report and Recommendation of Magistrate Judge Arleo filed, June 25, 2008, is hereby **ADOPTED** as the facts and conclusions of law of this Court.

As Defendant Tek Chand's Answer and Counterclaims are hereby stricken, Plaintiff may proceed to request the entry of default, and subsequently, default judgment against Defendants.

s/Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc: Judge Arleo
     Parties